IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Christopher L. Rivera Gonzalez<br>    Debtor, | BANKRUPTCY CASE NUMBER<br>23-10267-djb |
| New American Funding, LLC<br>    Movant.<br>v. | CHAPTER 13<br><br>11 U.S.C. § 362 |
| Christopher L. Rivera Gonzalez<br>    Debtor/Respondent, | Hearing Date and Time: September 4, 2025 at 11:00 AM |
| Reyvis Castaneda Utria<br>    (Non-filing Co-Debtor), | Courtroom #2 |
| Kenneth E. West, Office of the Chapter 13<br>Standing Trustee, Trustee<br>    Additional Respondent. | |

**O R D E R**

AND NOW, this _____ day of _____, 2025, at the Eastern District of Pennsylvania, upon the consideration of the Motion of Movant for Relief from the Automatic Stay (the "Motion"), and the failure of Debtor to file an answer, appear or otherwise respond to the Motion, and for good cause shown, it is

ORDERED AND DECREED that the Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (the "Code"), 11 U.S.C. § 362 AND the Co-Debtor Stay under 11 U.S.C. § 1301, is lifted to allow Movant, or its successors, if any, to proceed with its rights under its loan documents for the property located at 4203 Disston St, Philadelphia, PA 19135; and it is

FURTHER ORDERED that Rule 4001(a)(4) is not applicable and Movant, or its successors, if any, may immediately implement this order.

BY THE COURT:

_____
HONORABLE DEREK J BAKER
UNITED STATES BANKRUPTCY JUDGE