## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Christopher L. Rivera,<br><br>                     *Debtor*. | Case No. 23-10267-DJB<br>Chapter 13 |

### Motion to Modify Plan After Confirmation

Debtor Christopher L. Rivera through his attorney, moves this Court as follows:

1. The Debtor filed a bankruptcy petition on January 30, 2023.

2. The plan was confirmed on July 6, 2023.

3. A stipulation was recently approved between the Debtor and Creditor New American Funding, LLC, settling the Motion for Relief From Stay (the "Motion") filed at ECF No. 39.

4. The Debtor wants to amend his plan in line with the approved stipulation.

5. The proposed plan rolls in and cures the arrears that gave rise to the Motion by increasing the Debtor's monthly plan payments moving forward.

6. The Debtor asks this Court to approve the proposed plan filed at ECF No. 46.

     **NOW, THEREFORE,** the Debtor asks this Court to grant relief in the form of order attached and to grant such other relief in their favor as may be necessary and proper under the law.

Date: September 15, 2025

CIBIK LAW, P.C.
*Counsel for Debtor*

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com