# United States Bankruptcy Court
# Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-10267-DJB |
| Christopher L. Rivera, | Chapter 13 |
| Debtor. | |

## ORDER GRANTING MOTION TO MODIFY PLAN

**AND NOW** upon consideration of the Debtor's Motion to Modify the confirmed Chapter 13 Plan (doc. # 47, the "Motion");

It is hereby **ORDERED** that

1) The Motion is **GRANTED**; and

2) The Modified Plan (doc. # 51) is **APPROVED**.

**Date:**

Honorable Derek J. Baker
U.S. Bankruptcy Judge