# United States Bankruptcy Court
## Eastern District of Pennsylvania

| | |
|---|---|
| In re:<br><br>　　Christopher L. Rivera,<br><br>　　　　　　　Debtor. | Case No. 23-10267-DJB<br><br>Chapter 13 |

### ORDER GRANTING MOTION TO MODIFY PLAN

**AND NOW** upon consideration of the Debtor's Motion to Modify the confirmed Chapter 13 Plan (doc. # 47, the "Motion");

It is hereby **ORDERED** that

1) The Motion is **GRANTED**; and

2) The Modified Plan (doc. # 51) is **APPROVED**.

Date: **October 17, 2025**

_____
Honorable Derek J. Baker
U.S. Bankruptcy Judge